Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Wendi Overmyer
Assistant Federal Public Defender
Ohio State Bar No. 0071000
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Wendi_Overmyer@fd.org

*Attorney for Petitioner Franco Miguel Susanibar

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Franco Miguel Susanibar,

        Petitioner,

    v.

Todd Blanche, et al.,

        Respondents.

Case No. 2:26-cv-01331-GMN-NJK

**Order Granting Joint Stipulation for Extension of Time for Respondent's Response to First Amended Petition**

**(First Request)**

Federal Respondents and Petitioner by and through their undersigned counsel, hereby file this Joint Stipulation to an extension of time for Respondents' to file their response to Petitioner's first amended petition by ten days, up to and including June 8, 2026. This is the first request for an extension of time for Respondents' response.

Petitioner filed his pro se Petition for Habeas Corpus on April 30, 2026, and this Court appointed the Federal Public Defender as counsel on May 1, 2026. Petitioner requested, and this Court granted, a seven day extension for Petitioner's first amended petition, which is now due May 22, 2026. ECF 9. In the motion for extension filed May 15, 2026 (ECF 8), Petitioner's counsel inadvertently omitted the

parties' agreement that Petitioner would not oppose Respondents' reciprocal request for a ten day extension of its response deadline. Therefore, the parties now jointly stipulate to a ten-day extension for Respondent's response in this case. The stipulated extension will put the response deadline as June 8, 2026 and Petitioner's reply deadline as June 15, 2026.

This stipulation is filed in good faith and for good cause. It is not filed for the purpose of delay, but in the interests of justice and the interests of the parties.

Dated: May 19, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Acting Attorney General of the United States |
| */s/ Wendi Overmyer*<br>Wendi Overmyer<br>Assistant Federal Public Defender<br>*Attorney for Petitioner* | */s/Nicole Leibow*<br>Nicole Leibow<br>Assistant United States Attorney<br>*Attorney for Respondents* |

**IT IS HEREBY ORDERED** that Respondents must file a Response to the First Amended Petition no later than June 8, 2026.

**IT IS FURTHER ORDERED** that Petitioner may file a Reply in support of the First Amended Petition no later than June 15, 2026.

**DATED** this __19__ day of May, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2